**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  **5:25-cv-02617-DTB**                                    Date: **January 29, 2026**

Title:  **Gino Rojeh v. Universal Logistics Holdings, Inc., et al**
=================================================================

**DOCKET ENTRY**
=================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT(S):
        None present                                          None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 10, 2025, Plaintiff filed an action entitled Gino Rojeh v. Universal Logistics Holdings, Inc., et al., in the San Bernardino County Superior Court, Case No. CIVSB2519208.  On October defendant Universal Intermodal Services, Inc. ("UIS") filed a Notice of Removal of Action to Federal Court removing the state court action to this Court.  In its Notice of Removal, defendant UIS noted that as of the filing of the Notice of Removal, defendants Universal Logistics, and Yazmin Gutierrez had not yet been served, and Plaintiff had not filed a Proof of Services.  (Notice of Removal, fn. 2).  Defendant UIS lodged with the Court its Answer (Notice of Removal, Exhibit C).  On October 17, 2025, defendant UIS filed another Answer.  (Docket No. 10)  On December 4, 2025, a Notice of Appearance was filed on behalf of all defendants, which was done in error.  (Docket No. 11).  On December 19, 2025, counsel for UIS filed a Notice of Appearance wherein she informed the Court hat she was inadvertently identified as counsel of record for the parties and that defendants Universal Logistics Holdings, Inc. and Yazmin Gutierrez had not been served and have not yet had to appear in this action.

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  See Fed. R. Civ. P. 4(m).  Generally, a defendant must answer the complaint within 21 days after service, or 60 days if the defendant is the United States.  See Fed. R. Civ. P. 12(a).  In addition, "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14

MINUTES FORM 11                                          Initials of Deputy Clerk  RAM
CIVIL-GEN

days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).

In the present case, it appears that one or more of these time periods has not been met as to the Defendant.  Specifically:

☒   Proof of service of the summons and complaint

☐   Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

☐   Motion for default judgment set for hearing in accordance with the Local Rules and the Court's Civil Standing Order

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for lack of prosecution as to defendants Universal Logistics Holdings, Inc. and Yazmin Guitierrez.

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon the default of defendants.  All stipulations affecting the progress of the case must be approved by this Court.  See L.R. 7-1.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a written response.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice as to defendants Universal Logistics Holdings, Inc. and Yazmin Guitierrez for failure to prosecute and comply with court orders.  See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk  RAM