## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  **5:25-cv-02617-DTB**                                  Date: **March 2, 2026**

Title:  **Gino Rojeh v. Universal Logistics Holdings, Inc., et al**
=================================================================

**DOCKET ENTRY**
=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                          n/a
Deputy Clerk                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                          None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 29, 2026, the Court issued an Order to Show Cause ("OSC") for Plaintiff's failure to file proof of service of summons. (Docket No. 15). On February 10, 2026, Plaintiff filed his Response to the OSC. (Docket No. 16). In his Response, Plaintiff informed the Court that defendant Universal Logistics Holdings, Inc. ("ULH") was served with the Summons and Complaint prior to removal of this action. (Response at 2). Plaintiff further informed the Court that he intends to dismiss defendant Yazmin Guitierrez. (Id.). As Plaintiff filed his Response, the Court DISCHARGED the OSC.

With respect to defendant ULH, although Plaintiff has provided a proof of service (see Response, Exhibit "A"), a review of the San Bernardino County Superior Court docket[1] reveals that no proof of service has been filed and, therefore, when defendant Universal Intermodal Services, Inc. ("UIS") filed its Notice of Removal, defendant ULH was not provided notice of such. It appears to the Court that ULH has not been provided notice of the removal of this action and, more specifically, the Court's Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent form for use in Direct Assignment of Civil Cases to Magistrate Judges Program Only (Docket No. 6).

With respect to defendant Guitierrez, Plaintiff has not yet dismissed this defendant from this action.

_____

1        https://cap.sb-court.org/case

MINUTES FORM 11                                          Initials of Deputy Clerk  RAM
CIVIL-GEN

As previously advised, absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. See Fed. R. Civ. P. 4(m). Generally, a defendant must answer the complaint within 21 days after service, or 60 days if the defendant is the United States. See Fed. R. Civ. P. 12(a). In addition, "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).

In the present case, it appears that one or more of these time periods has not been met. Specifically, proof of service of the summons and complaint and/or Notice of Removal.

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for lack of prosecution as to defendants ULH and Guitierrez.

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon the default of defendants. All stipulations affecting the progress of the case must be approved by this Court. See L.R. 7-1.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice as to defendants ULH and Guitierrez for failure to prosecute and comply with court orders. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

MINUTES FORM 11                                                    Initials of Deputy Clerk  RAM
CIVIL-GEN